**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ASHA MADHUMALI SIRINARDHANA KASTHURI ARACHCHIGE,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW,<br>Director, United States Citizenship & Immigration Services, *et al.*,<br><br>Defendants. | Case No. 1:26cv1515 (LMB/IDD) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

U.S. Citizenship and Immigration Services ("USCIS") has adjudicated Plaintiff's Petition for Alien Relative. Accordingly, the parties hereby stipulate and agree that the action be dismissed with prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 3, 2026

Respectfully submitted,

/s/
Asha Madhumali Siriwardhana Kasthuri Arachchige
8 Wedgedale Drive
Sterling, VA 20164
(571) 533-5511
Email: ashasiriwardana.1995@gmail.com
*Plaintiff Pro Se*

TODD BLANCHE
ACTING ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/
ELIZABETH A. SPAVINS
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3785
Fax: (703) 299-3983

So Ordered

/s/ LMB
**Leonie M. Brinkema**
**United States District Judge**
8/3/26

Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*